UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:16-00139-TWP-DML |
| DAEMAZ L. LONG, | ) |
| Defendant. | ) |

## ORDER

On January 16, 2019 Defendant Daemaz L. Long ("Mr. Long") filed a Motion to Reduce Sentence (Dkt. 74) under the First Step Act of 2018. Federal Community Defender Counsel ("FCD") was directed to appear and the case was stayed. (Dkt. 75.) Then, Mr. Long, *pro se*, filed another motion titled Petition for Recommendation Pursuant to 18 U.S.C.S 3629(c)(1)(2) and 3621 (E) R.D.A.P. Completion for RRC and Home Confinement Placement. (Dkt. 77.) The Court issued an order instructing the Government that it did not need to respond to Dkt. 77 unless that motion was adopted by defense counsel. It was not adopted. Instead, FCD withdrew and the Court issued an Order directing Mr. Long to supplement his motion and the Government was to respond to Mr. Long's motion and any supplement within 14 days thereafter. *See* Dkt. 83. Mr. Long has not filed a supplement.

The Government shall respond by **June 26, 2019** and indicate whether it opposes the relief Mr. Long seeks in his *pro se* motions, and, if it does, the reasons for its opposition.

**SO ORDERED.**

Date: 6/12/2019

TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

DISTRIBUTION:

Daemez Long, #10455-028
METROPOLITAN CORRECTIONAL CENTER
71 W. Van Buren Street
Chicago, IL 60605

Bradley A. BLACKINGTON
UNITED STATES ATTORNEY'S OFFICE
bradley.blackington@usdoj.gov

MaryAnn Totino Mindrum
UNITED STATES ATTORNEY'S OFFICE
maryann.mindrum@usdoj.gov