UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:16-cr-0139-TWP-DML |
| | ) | |
| DAEMEZ L. LONG, | ) | - 01 |
| | ) | |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On May 19, 2021, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 10, 2021, at which time the Petition was held in abeyance.  [Dkt. 105.]  On October 22, 2021, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on May 10, 2021, and a Supplemental Petition for Warrant or Summons for Offender Under Supervision filed on October 6, 2021.  [Dkts. 98 & 108.]  Defendant appeared in person with his appointed counsel, Sam Ansell and Joseph Cleary.  The government appeared by MaryAnn Mindrum, Assistant United States Attorney.  U. S. Parole and Probation appeared by Officers Jamie Roberts and Michael Burress.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Long of his rights and ensured he had a copy of the Petition and the Supplemental Petition. Defendant Long orally waived his right to a preliminary hearing, and to reading of the Petition and the Supplemental Petition.

2. After being placed under oath, Defendant Long admitted violation numbers 2 and 3 as set forth in the Petition and the Supplemental Petition. [Dkts. 98 & 108.]  Government orally moved to dismiss violation no. 1, which motion was granted by the Court.

3. The allegations to which Defendant admitted, as fully set forth in the Petition and the Supplemental Petition, are:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 2 | **"You must refrain from any unlawful use of a controlled substance."**<br><br>On May 3, 2021, Mr. Long submitted a urine sample for testing with him admitting to using marijuana on May 2, 2021. The sample tested positive for cannibinoids. |
| 3 | **"You must refrain from any unlawful use of a controlled substance."**<br><br>On August 18, August 26, and September 15, 2021, Mr. Long submitted urine samples for testing with him admitting to using marijuana in early August 2021. Mr. Long has denied using any substance containing cannibinoids since early August 2021. The samples were confirmed positive by Alere Laboratories with results indicating the August 26, 2021, sample was indicative of new use since August 18, 2021. Additionally, Mr. Long failed to report for a random drug screen on August 25, 2021. |

4. The Court finds that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is V.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 18 to 14 months' imprisonment.

5. The parties jointly recommended a sentence of eighteen (18) months with no supervised release to follow. Defendant requested placement at FCC Terre Haute, Indiana.

The Magistrate Judge, having considered the factors set forth in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in violation nos. 2 and 3 of the Petition and the Supplemental Petition, and recommends that Defendant's supervised release be revoked, and that Defendant be sentenced to the custody of the Attorney General or his designee for a period of eighteen (18) months with no supervised release to follow. The Magistrate Judge further recommends Defendant's placement at FCC Terre Haute, Indiana. The Defendant was taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to this Report and Recommendation.

Dated: 25 OCT 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system